UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHRISTEN M. BERGERON                         CIVIL ACTION

VERSUS                                        NO: 20-250

OCHSNER CLINIC FOUNDATION,                    SECTION: "S" (2)
AT AL

ORDER AND REASONS

Before the court is the **Motion to Remand** (Rec. Doc. 24) filed by plaintiff. Counsel for defendants have informed the court that they do not oppose the motion. Accordingly,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and this matter is hereby **REMANDED** to the Civil District Court for the Parish of Orleans.

New Orleans, Louisiana, this 11th day of June, 2021.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE